# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-40934
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 4, 2015

Lyle W. Cayce
Clerk

COURTLAND LINDSAY,

      Plaintiff - Appellant

v.

THE CITY OF TYLER,

      Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:14-CV-642

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM:*

    Plaintiff-Appellant Courtland Lindsay filed a *pro se* suit against Defendant-Appellant the City of Tyler on July 24, 2014. The suit was dismissed on August 28, 2014 pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Because Lindsay has wholly failed, both below and on

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-40934

appeal, to assert any comprehensible or legally cognizable claims, this appeal is dismissed as frivolous and entirely without merit.[1]  *See* 5th Cir. R. 42.2.

---

[1] All pending motions are thereby rendered moot.